UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| JAJA SAKOE | CIVIL ACTION NO. 07-491 |
| VS. | JUDGE MELANÇON |
| ALBERTO GONZALEZ, ET AL. | MAGISTRATE JUDGE HILL |

## ORDER RESETTING EVIDENTIARY HEARING

At the request of counsel, the evidentiary hearing set for June 14, 2007 is hereby **reset.** The evidentiary hearing will be held in this action before Magistrate Judge Hill, in Courtroom No. 6, 800 Lafayette Street, Lafayette, Louisiana on **June 25, 2007 at 9:30 a.m.**

**IT IS FURTHER ORDERED** that the Clerk of Court send copies of this Order and the accompanying *Writ of Habeas Corpus Ad Testificandum* to petitioner, all counsel of record, Wayne Blanchard of the Federal Public Defender's Office, Warden J.P. Young of the Federal Detention Center in Oakdale, Louisiana, and the United States Marshal for the Western District of Louisiana.

**THE UNITED STATES MARSHAL'S SERVICE IS DIRECTED** to arrange for the transportation of the petitioner to this court as soon as practicable, to produce him before the undersigned on **June 25, 2007 at 9:30 a.m.,** and to maintain custody of the petitioner throughout the evidentiary hearing, up to and including the return of the petitioner to his place of detention following the conclusion of the evidentiary hearing.

**IT IS FURTHER ORDERED** that the Clerk of Court of the United States District Court make arrangements for the presence of a court reporter at the evidentiary hearing.

THUS DONE AND SIGNED in Chambers at Lafayette, Louisiana, this 14th day of May, 2007.

_____
C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE